# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HOWARD O. POWELL**, | : | CIVIL ACTION NO. 1:13-CV-1041 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **SGT. K. KIRCHNER, LIBRARIAN P. HARADEN**, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 27th day of December, 2013, upon consideration of defendants' motion (Doc. 11) to dismiss, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 11) to dismiss is DEEMED unopposed and GRANTED.

2. Plaintiff's complaint (Doc. 1) is DISMISSED in its entirety.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania